# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

```
MARINA ADEA,                       )      No. EDCV 08-262 CW
                                   )
          Plaintiff,               )      JUDGMENT
                                   )
     v.                            )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner, Social Security      )
Adminstration,                     )
                                   )
          Defendant.               )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: January 13, 2009


```
                              _____/s/_____
                                   CARLA M. WOEHRLE
                              United States Magistrate Judge
```